ORIGINAL

**FILED IN OPEN COURT**
U.S.D.C  Atlanta

NOV 19 2013

JAMES N. HATTEN, Clerk
By: /s/
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RADRIC DAVIS A/K/A "GUCCI MANE" | Criminal Indictment<br><br>No. 1:13-CR-456 |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about September 14, 2013, in the Northern District of Georgia, the defendant, Radric Davis, a/k/a "Gucci Mane," having been convicted of the following felony offenses:

(1) aggravated assault with a deadly weapon and aggravated assault, on or about October 5, 2005, in the Superior Court of Fulton County, Georgia for acts that occurred on or about June 14, 2005, case number 08SC32859;

(2) possession of more than 20 grams of marijuana, on or about June 21, 2005, in the Circuit Court of the Eleventh Judicial Circuit for Miami-Dade County, Florida, for acts that occurred on or about April 29, 2005, case number F05-13857B ;

each of the aforesaid convictions being for crimes punishable by imprisonment for a term exceeding one year, did knowingly possess at least one of the

following: a Glock, 40 caliber handgun and 11 rounds of 40 caliber ammunition in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

On or about September 12, 2013, in the Northern District of Georgia, the defendant, Radric Davis, a/k/a "Gucci Mane," having been convicted of the following felony offenses:

> (1) aggravated assault with a deadly weapon and aggravated assault, on or about October 5, 2005, in the Superior Court of Fulton County, Georgia for acts that occurred on or about June 14, 2005, case number 08SC32859;

> (2) possession of more than 20 grams of marijuana, on or about June 21, 2005, in the Circuit Court of the Eleventh Judicial Circuit for Miami-Dade County, Florida, for acts that occurred on or about April 29, 2005, case number F05-13857B ;

each of the aforesaid convictions being for crimes punishable by imprisonment for a term exceeding one year, did knowingly possess at least one of the following: a Tarsus, 45 caliber handgun and 8 rounds of ammunition in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE PROVISION

1.     Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g) set forth in Counts One and Two of this Indictment, the defendant, RADRIC DAVIS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    i).  One Glock, 40 caliber handgun, serial number SWY659;

    ii). 11 Rounds of 40 caliber ammunition

    iii). One Tarsus, 45 caliber handgun, serial number NET65056

    iv). 8 rounds of 45 caliber ammunition

2. If any of the property described above, as a result of any act or omission of the defendant[s]:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

28, United States Code, Section 2461(c). All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A \_\_\_\_\_True\_\_\_\_\_ BILL

\_\_\_\_\_Judith Bass\_\_\_\_\_
FOREPERSON

SALLY QUILLIAN YATES
*United States Attorney*

KIM S. DAMMERS
*Assistant United States Attorney*
Georgia Bar No. 425317

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4