IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

RADICK DAVIS,
A/K/A GUCCI MANE

Criminal Action No.
1:13-CR-00456

## Government's Motion for Detention

The United States of America, by counsel, Sally Quillian Yates, United States Attorney, and Kim S. Dammers, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.   Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee.

**2.   Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure Safety.

**3. Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).The United States will not invoke the rebuttable presumption that no

condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: December 4, 2013.
Richard Russell Federal Building
75 Spring Street S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6187
kim.dammers@usdoj.gov

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/ KIM S. DAMMERS
Assistant United States Attorney
Ga. Bar No. 425317

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically sends electronic notification to the parties and counsel of record.

December 4, 2013

                /s/ KIM S. DAMMERS
                KIM S. DAMMERS
                Assistant United States Attorney