# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | **CRIMINAL INDICTMENT** |
| **vs.** ) | |
| ) | **NO. 1:13-CR-456-SCJ-JFK** |
| **RADRIC DAVIS, a/k/a** ) | |
| **GUCCI MANE,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION TO STRIKE PLEADINGS FILED BY A NON PARTY AND REQUEST THAT THE CLERK'S OFFICE BE DIRECTED TO REFUSE ANY FURTHER FILINGS FROM NON-PARTIES

COMES NOW the Defendant, Radric Davis in the above styled matter, by and through undersigned Counsel, and hereby moves this Court to strike from the Court's docket certain pleadings filed by a non-party and further requests that the Clerk's office be directed to refuse any further filings in this matter by a non-party. In support therefore, Mr. Davis shows this honorable Court the following:

1.

Mr. Davis is represented in this matter by the undersigned counsel.

2.

On February 18, 2014 and February 27, 2014, the Clerk's office filed in this matter documents submitted by a prisoner by the name of Jerry Lewis Dedrick, confined in FCI Williamsburg in South Carolina (See Doc#s 16 & 17). From the filings it appears these documents were mailed to the Clerk's office.

3.

Mr. Dedrick is not a lawyer, does not represent Mr. Davis and is not a party to this action. He has not been asked to do any act on behalf of Mr. Davis and his intrusion into this matter is not welcome. Mr. Davis does not support the pleadings filed by Mr. Dedrick and is opposed to the filing of the same in his case.

4.

As Mr. Dedrick is a stranger to this litigation and is merely inserting himself without permission by Mr. Davis, and as he represents no interest in this matter, the pleadings he has filed, doc #16 & 17, should be stricken from the record.

5.

Further, as Mr. Dedrick seems to be continuing in filing papers in this case, Mr. Davis requests that this Court direct the clerk's office to prohibit the filing of any documents in this matter other than by counsel of record and/or Mr. Davis specifically if he should, in the future choose to so do.

6.

Counsel for Mr. Davis has spoken with Kim Dammers, counsel for the government, and is authorized to state that the government joins in this motion.

WHEREFORE the Defendant respectfully prays this Court

(1) Strike docket entries 16 and 17 from the docket;;

(2) Order the Clerk's office to refrain from filing any documents in this matter submitted by a non-party; and

(3) Grant such other and further relief as this Court deems just, proper and equitable under the circumstances.

Respectfully submitted,

*Drew Findling*
DREW FINDLING
Georgia Bar No. 260425
Counsel for Radric Davis

THE FINDLING LAW FIRM
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
(404) 460-4500

/s/ *Janice A. Singer-Capek*
Janice A. Singer-Capek
Georgia Bar No. 649033
Counsel for Radric Davis

THOMPSON & SINGER, P.A.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-6277

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | **CRIMINAL INDICTMENT** |
| **vs.** ) | |
| ) | **NO. 1:13-CR-456-SCJ-JFK** |
| **RADRIC DAVIS, a/k/a** ) | |
| **GUCCI MANE,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of February, 2014, I electronically filed a MOTION TO STRIKE PLEADINGS FILED BY A NON- PARTY AND REQUEST THAT THE CLERK'S OFFICE BE DIRECTED TO REFUSE ANY FURTHER FILINGS FROM NON-PARTIES with the Clerk using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                                            Respectfully Submitted,

                                                            /s/ *Janice A. Singer-Capek*
                                                            Janice A. Singer-Capek

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | **CRIMINAL INDICTMENT** |
| vs. ) | |
| ) | **NO. 1:13-CR-456-SCJ-JFK** |
| **RADRIC DAVIS, a/k/a** ) | |
| **GUCCI MANE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The Defendant filed a Consent motion to continue the pretrial conference set in this case for January 21, 2014. The Defendant has requested additional time in which to file pretrial motions. After considering the Motion and Request, and for good cause shown, the Motion to Continue and request for extension of time to file pretrial Motions is hereby

GRANTED. Pretrial Motions shall be due on or before _____. The pretrial conference is hereby continued until _____.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Failure to grant this continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due

diligence.  The Clerk is DIRECTED to exclude time under the Speedy Trial Act for adequate time for preparation pursuant to Title 18, United States Code Section 3161(h)(7)(A) from January 21, 2014 to _____.

SO ORDERED, this the _____ day of January, 2014.

_____
HONORABLE JANET F. KING
UNITED STATES MAGISTRATE JUDGE