# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | **CRIMINAL INDICTMENT** |
| vs. ) | |
| ) | **NO. 1:13CR456-SCJ-JFK** |
| **RADRIC DAVIS, a/k/a** ) | |
| **GUCCI MANE,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO PERMIT INTERNATIONAL TRAVEL

COMES NOW the Defendant, Radric Davis, and hereby moves this Court to enter an order permitting him to travel overseas and in support therefore, shows this honorable Court the following:

1.

Mr. Davis is presently on supervised release pursuant to this Court's sentencing order of September 3, 2014 (Doc #32). Pursuant to the sentencing order, Mr. Davis may not leave the country without an order from this Court permitting him to so do.

2.

As this Court is aware, Mr. Davis a/k/a Gucci Mane, is a well-known and successful hip hop/rap recording artist. Since his release from prison in May 2017, he has worked tirelessly to regain his professional stature and career.

3.

Mr. Davis presently has employment contracts to appear and perform throughout Europe between June 29, 2017 and July 15, 2017. He is presently schedule to appear in Denmark, the Netherlands, France, Germany and Switzerland. Copies of the contracts have been provided to Mr. Davis' probation officer, Dennis Tudor.

4.

Mr. Davis will require a few days travel time from the United States to insure his timely appearance at these performances and to return home after the tour is completed.

5.

Mr. Davis was released from his sentence of incarceration to home confinement in May, 2017. Since his release, he has been continuously supervised, reported and obtained permission for all travel and has been fully compliant. He has shown and continues to show that he has turned his life around in every respect.

6.

Counsel for Mr. Davis has discussed the proposed travel request with Mr. Davis' probation officer Dennis Tudor and Assistant United States Attorney Kim Dammers and is authorized to state that neither have any objection to Mr. Davis' requested overseas travel.

7.

As a result of the above, Mr. Davis requests this Court grant his request to travel overseas for work purposes including a few extra days for travel to and from the United States.

                Respectfully submitted,

                /s/ Drew Findling
                DREW FINDLING
                Georgia Bar No. 260425
                Counsel for Radric Davis

THE FINDLING LAW FIRM
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
(404) 460-4500

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | **CRIMINAL INDICTMENT** |
| **vs.** ) | |
| ) | **NO. 1:13-CR-456-SCJ-JFK** |
| **RADRIC DAVIS, a/k/a** ) | |
| **GUCCI MANE,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this 15TH day of March, 2017, I electronically filed the within and foregoing MOTION TO PERMIT INTERNATIONAL TRAVEL with the Clerk using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Respectfully Submitted,

*/s/ Drew Findling*
 DREW FINDLING
 Georgia Bar No. 260425
 Counsel for Radric Davis

4