IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 1:13-CR-0456-SCJ | |
| vs. ) | |
| ) | |
| RADRIC DAVIS, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR EARLY TERMINATION OF
SUPERVISED RELEASE**

COMES NOW Defendant Radric Davis, a/k/a Gucci Mane, by and through the undersigned counsel, and hereby requests that this Court terminate his term of supervised release pursuant to 18 U.S.C. §3583(e)(1). As will be demonstrated below, Mr. Davis' outstanding performance while on supervised release makes him a good candidate for early termination.

1.

On May 13, 2014, Mr. Davis pled guilty pursuant to Count 1 of the Indictment to possession of a firearm by a convicted felon. On August 20, 2014 Mr. Davis was sentenced to a term of imprisonment of 39 months and a fine of $5000. Upon release from prison it was ordered that he be placed on supervised release for a term of three (3) years. (See Doc. #32).

1

2.

Mr. Davis served his 39-month sentence and was released to home incarceration in May, 2016. The sentence concluded on September 20 2016. He paid his fine (See Doc. #37) and complied with every other condition required by the Court and probation.

3.

While in prison, Mr. Davis chose to make the most of his time of incarceration. Upon release, Mr. Davis was physically and mentally healthy, having lost 70 pounds and becoming completely drug and alcohol-free. He focused on living a successful and productive life, pouring himself into the success and growth of his music career. He had written so extensively in prison that he was able to release a new song within 24 hours and an album shortly thereafter.

4.

Everything Mr. Davis has done since his release from prison evidences this change in priorities; namely, his health, family, career and his fans. In the year he has been out, he has performed countless number of times and released 4 albums[1]. He has collaborated with dozens of artists on songs. He became engaged to his girlfriend and is set to be married on October 17, 2017.

5.

Pursuant to 18 U.S.C. §3583(e)(1) a court may terminate a term of

---

[1] The fourth album will be released on September 15, 2017.

supervised release and discharge the defendant ". . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

6.

Mr. Davis meets the conditions for early termination. On September 19, 2017, he will have completed one year of supervised release. He has complied with all conditions, paid the monetary portion of the judgment and performed beyond what was expected of him by probation. Supervision of Mr. Davis is no longer necessary. In short, Mr. Davis' conduct since release and the interest of justice would be served by an early termination.

7.

Counsel has spoken with Mr. Davis' probation officer Dennis Tudor and is authorized to state that Mr. Tudor agrees with Mr. Davis' request to terminate his supervised release at its one-year anniversary. In fact, Mr. Tudor advised counsel that Mr. Davis' performance while on supervised release has been exemplary. He has met or gone beyond all conditions set by probation and the Court. He has a wonderful attitude and exceeded all expectations. Counsel files this motion now as Mr. Tudor advised he will be on vacation in mid September. Should the Court have any questions, Mr. Tudor advised that prior to his vacation he would be happy to share his observations and position with the Court.

8.

Counsel has also spoken with counsel for the government, Kim Dammers, and is authorized to state that the government has no objection to the early termination sought by this motion.

Based on the foregoing, Mr. Davis requests that this Court:

(a)  Enter an Order terminating Mr. Davis' supervised release effective September 19, 2017; and

(b)  Grant such other and further relief as this Court deems just, proper and equitable under the circumstances.

*Drew Findling*
DREW FINDLING
Georgia Bar No. 260425
Counsel for Radric Davis

THE FINDLING LAW FIRM
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
(404) 460-4500

/s/ *Janice A. Singer-Capek*
Janice A. Singer-Capek
Georgia Bar No. 649033
Counsel for Radric Davis

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 401-9999

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE was served upon counsel using the ECF system, which will automatically send e-mail notification of such filing to all counsel or record in this matter.

This the 23rd day of August, 2017.

*Janice Singer-Capek*
JANICE A. SINGER-CAPEK
COUNSEL FOR RADRIC DAVIS